■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN E. AKIN, Appellant. [915 NYS2d 883]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Fahey, Lindley and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE CARR, JR., Appellant. [915 NYS2d 883]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey and Carni, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. WILLIAMS, Appellant. [915 NYS2d 883]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Peradotto and Lindley, JJ.

■ In the Matter of the Accounting by LAURIE C. KALKMAN, as Trustee under L. WILLIAM COULTER FAMILY TRUST Dated July 20, 1994 under Will of L. WILLIAM COULTER, Deceased, Respondent. GEOFFREY R. COULTER, Appellant. [915 NYS2d 883]—Motion for reargument denied. Present—Scudder, P.J., Peradotto, Green, Gorski and Martoche, JJ.

■ GEOFFREY BOND et al., Appellants-Respondents, v THOMAS A. TURNER et al., Respondents-Appellants, and VILLAGE OF LAKEWOOD, Respondent. [915 NYS2d 883]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Carni, J.P., Green, Gorski and Martoche, JJ.

■ DONNA PONHOLZER et al., Respondents, v EDWARD D. SIMMONS, M.D., et al., Appellants. [915 NYS2d 883]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Peradotto and Sconiers, JJ.

■ MOHAWK VALLEY WATER AUTHORITY, Respondent-Appellant, v STATE OF NEW YORK et al., Appellants-Respondents. (Appeal No. 2.) [915 NYS2d 883]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ In the Matter of JANET HELLNER, Appellant-Respondent, v BOARD OF EDUCATION OF WILSON CENTRAL SCHOOL DISTRICT et al., Respondents, and BOARD OF EDUCATION OF ORLEANS/NIAGARA BOARD OF COOPERATIVE EDUCATIONAL SERVICES et al., Respondents-Appellants. [915 NYS2d 883]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Lindley, J.P., Sconiers, Gorski and Martoche, JJ.